UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Teresa L. Pate                                                  Docket No. 5:13-MJ-1022-1

### Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Teresa L. Pate, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level - 5, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge on January 7, 2014, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**: The defendant was arrested on December 11, 2014, and charged with Felony Larceny by an Employee for an offense that occurred on October 7, 2014. It is alleged that the defendant stole $40.00 worth of gasoline, and $200.00, in U.S. currency and cigarettes from the Minuteman Food Mart where she was an employee. The defendant's term of probation is due to expire on January 6, 2014. It is recommended that the defendant complete 24 hours of additional community service for this violation, and that any further sanctioning be handled in state court if she is found guilty. The defendant has admitted to stealing the gasoline, but denies theft of $200.00 in cash and cigarettes.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2539 |
| | Executed On: December 16, 2014 |

### ORDER OF THE COURT

Considered and ordered this ___17th___ day of _____December_____, 2014 and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge